IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                      **CASE NO.  4:06-CR-086-SPM**

**MICHAEL ROBINSON,**

    **Defendant.**

_____/

**ORDER CONTINUING TRIAL**

**THIS CAUSE** comes before the Court upon the "Stipulated Motion to Continue" faxed to chambers April 18, 2007, in which counsel advises that after a plea hearing was scheduled for today, Defendant changed his mind and expressed a wish to proceed to trial.  Both sides now need time to prepare the case.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue is hereby *granted*.

2.     Trial is reset for ***Monday, May 14, 2007*** at ***8:30am*** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>eighteenth</u> day of April, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge