# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                            CASE NO. 4:06-CR-086-SPM

MICHAEL ROBINSON,

    Defendant.

_____/

## ORDER SETTING TRIAL REQUIREMENTS

The Court, upon its own motion, orders as follows:

1. That the Government and defense counsel shall file on or before **Monday, August 6, 2007** the following:

    a. Witness and exhibit lists, to include the substance of each witness's testimony and the anticipated length of their testimony.

    b. A stipulated verdict form and a set of jury instructions. If there are areas of disagreement, each side shall set forth its proposed instruction(s) with a written argument in support of the instructions; and

    c. Any motions in limine, or a statement that no motions are anticipated at the current time.

2. This case is currently set for trial on **Monday, August 13, 2007** at 8:30 a.m.

1

3. No further continuances shall be granted.

**DONE AND ORDERED** this twenty-third day of July, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge
