**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         CASE NO. 4:06-CR-086-SPM

MICHAEL ROBINSON,

    Defendant.
_____/

## ORDER

In light of the finding of guilt in this case, it is hereby

**ORDERED AND ADJUDGED** that Defendant shall report to his probation officer on or before **Thursday, August 30, 2007**. Additionally, Defendant's sentencing date is set for **November 19, 2007 at 1:30 p.m.** at the federal courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of August, 2007.

                  *s/ Stephan P. Mickle*
                  Stephan P. Mickle
                  United States District Judge