IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 CASE NO. 4:06-CR-086-SPM

MICHAEL ROBINSON,

    Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE** is before the Court on the motion of the United States of America for a Preliminary Order of Forfeiture. Being fully advised in the premises, the Court finds:

1. On December 5, 2006, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the Defendant, charging him with Criminal Infringement of Copyrighted Materials, in violation of Title 17, United States Code, Section 506(a)(1) and Title 18, United States Code, Sections 2319(a) and 2319(b)(1), and Trafficking In Counterfeit Labels For Phonorecords, in violation of Title 18 United States Code, Sections 2318(a) and 2318(c)(3).

2. The Indictment included a Forfeiture Count, pursuant to Title 17, United States Code, Sections 506(b) and 509, and Title 18, United States Code, Section 2318(d).

3. On August 24, 2007, a verdict was returned, finding Defendant guilty of both Counts One and Two of the Indictment.

4. By virtue of the guilty verdict and the forfeiture count contained in the

Indictment, the United States is entitled to possession of the above-described property pursuant to Title 17, United States Code, Sections 506(b) and 509, and Title 18, United States Code, Section 2318(d); it is hereby

**ORDERED, ADJUDGED and DECREED** that based on the foregoing, the Defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of Title 17, United States Code, Sections 506(b) and 509, and Title 18, United States Code, Section 2318(d):

    (A) Three desktop computers

    (B) One laptop computer

    (C) 7,343 music Compact Discs (CDs)

    (D) 46 Digital Video Discs (DVDs)

    (E) 174 jewel cases which are used to hold CDs

    (F) Spindles that held CDs which appeared to have been copied

    (G) Hundreds of blank CDs

    (H) A skimmer machine used for processing credit card purchases

    (I) A printer that held jewel case inserts, which are used to identify names

    (J) Hundreds of labels used to identify CDs inside jewel cases

**ORDERED, ADJUDGED and DECREED** that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such

manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

**ORDERED, ADJUDGED and DECREED** that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**DONE AND ORDERED** this <u>twentieth</u> day of November 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge