# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CASE NO. 4:06-CR-086-SPM

MICHAEL ROBINSON,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court upon Defendant's Notices of Appeal (docs 58, 67, 70 and 72) and motions requesting appointment of counsel (docs. 59, 64, 71).

Pursuant to Local Rule 11.1(G)(2) and Addendum Four to the Eleventh Circuit Federal Rules of Appellate Procedure § (d)(2), in order for counsel to be appointed to represent Defendant on appeal, this Court must conduct "an in camera review of the financial circumstances of the defendant and fee arrangements between the defendant and retained trial counsel". Upon review of these circumstances and supporting documentation, this Court will make a finding regarding the financial condition of the Defendant and whether counsel should be appointed to Defendant on appeal. Pursuant to Addendum Four to the Eleventh Circuit Federal Rules of Appellate Procedure § (d)(2), until such a determination has been made, retained defense counsel "has an obligation to

continue to represent that defendant until successor counsel either enters an appearance or is appointed under the [Criminal Justice] Act, and may not abandon or cease representation of a defendant except upon order of [the Eleventh Circuit]."

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. No later than **Friday, March 7, 2008**, defense counsel Charles Hobbs shall submit for *in camera* review the following:

    a. The attorney's fee agreement and the total amount of such fees and costs paid to date;

    b. By whom fees and costs were paid;

    c. Any fees and costs remaining unpaid and the complete terms of agreements concerning payment thereof;

    d. The costs actually incurred to date; and

    e. A detailed description of services actually rendered to date, including itemized time for each service.

2. Charles Hobbs shall continue to represent Defendant until a substitution of counsel is finalized either by this Court or by the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** this twenty-sixth day of February, 2008.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge