**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                    CASE NO. 4:06-CR-086-SPM

MICHAEL ROBINSON,

       Defendant.

_____/

### ORDER GRANTING EXTENSION OF TIME

Upon consideration, Plaintiff's motion (doc. 88) for extension of time to comply with the Court's order to produce attorney fee information is hereby ***granted***. Defendant shall have up to and including ***March 24, 2008*** to file documentation concerning the financial circumstances of the Defendant and Defendant's fee arrangement with defense counsel.

DONE AND ORDERED this 13th day of March, 2007.

                                 *s/ Stephan P. Mickle*
                                 Stephan P. Mickle
                                 United States District Judge