IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.            CASE NO. 4:06-CR-086-SPM

MICHAEL ROBINSON,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO WITHDRAW AND APPOINTING COUNSEL**

Pending before the Court is Attorney Charles Hobbs' Motion to Withdraw as Counsel (docs. 64 and 71). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motions to withdraw (doc. 64 and 71) are granted.

2. Attorney Charles Hobbs is granted permission to withdraw.

3. The Federal Public Defender is appointed to represent Defendant on appeal pursuant to the Criminal Justice Act.

DONE AND ORDERED this 24th day of April, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge