# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO. 4:06-CR-086-SPM

MICHAEL ROBINSON,

    Defendant.

_____/

## ORDER GRANTING REQUEST FOR DOCUMENTS

Pending before the Court is "Defendant's Request for Documents" (doc. 101). The documents at issue are the Statement of Reasons and the presentence investigation report. These documents were both provided to Defendant's trial counsel. Defendant's counsel on appeal should be allowed to view the documents.

Defendant is reminded that he and his counsel may view the presentence investigation report, but they are not entitled to a copy of the same. The Defendant has not represented whether the Government opposes the granting of this motion. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.     The motion (doc. 101) is hereby ***granted***.

2.     The Clerk shall allow attorney Gwendolyn Spivey to view document 79.

3. Defendant's viewing of the presentence investigation report shall be coordinated through Bill Rentz, Supervising United States Probation Officer, at (850) 521-3551.

DONE AND ORDERED this <u>twenty-fourth</u> day of July, 2008.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge